IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA JAMES BURSHIA, Defendant. | CR 22-39-GF-BMM<br><br>ORDER FOR PSYCHOLOGICAL EXAMINATION AND REPORT PURSUANT TO TITLE 18 U.S.C. § 4241(b) |
|---|---|

The United States of America, having filed a Motion for Psychiatric or Psychological Examination and Report, there being no objection from the Defendant and good cause appearing therefor;

IT IS HEREBY ORDERED that the Defendant, Joshua James Burshia, be subjected to a psychiatric or psychological examination, to be conducted, pursuant to the provisions of 18 U.S.C. § 4241(b) and §§ 4247(b) and (c), by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Defendant, Joshua James Burshia, be committed to a facility designated by the Attorney General to be examined for a reasonable period, but not to exceed thirty (30) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and that said report shall include:

1

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) The examiner's findings; and

(4) The examiner's opinions as to diagnosis and prognosis;

IT IS FURTHER ORDERED that the report shall be sent to the Court to sara_luoma@mtd.uscourts.gov, with copies to Counsel for Joshua James Burshia, and the attorneys for the Government. Upon receipt of said report and the return of the Defendant to this district.  IT IS FURTHER HEREBY ORDERED that all currently scheduled proceedings and remaining deadlines are VACATED.

The Court finds that all time between the date of this order and the competency hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. § 3161(h)(1)(A).

DATED this 2nd day of August, 2023.

_____
Brian Morris, Chief District Judge
United States District Court