# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JOSHUA JAMES BURSHIA,** Defendant. | CR 22-39-GF-BMM  **ORDER** |

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (Doc. 83) is MOOT.  IT IS ALSO ORDERED that the hearing on the motion to dismiss set for June 18, 2024 is VACATED.

DATED this 17th day of June, 2024.

_____
Brian Morris, Chief District Judge
United State District Court

1