IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JOSHUA JAMES BURSHIA,** Defendant. | CR 22-39-GF-BMM **AMENDED ORDER** |

Upon unopposed motion of the United States (Doc. 161) and for good cause shown, **IT IS ORDERED** that the competency hearing scheduled for November 24, 2025 at 9:30 a.m. is **VACATED** and **RESCHEDULED** for December 15, 2025 at 2:30 p.m. at the Missouri River Courthouse in Great, Falls, Montana, before the undersigned.

DATED this 30th day of October, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1