# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-39-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER TO DISMISS INDICTMENT** |
| **JOSHUA JAMES BURSHIA,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 191) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby DISMISSED without prejudice.

DATED this 22nd day of April, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts